UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALEX SANDERS                                                                                      Plaintiff

v.                                                                      Civil Action No. 3:22-cv-394-RGJ

MAIN EVENT ENTERTAINMENT                                                                Defendant

\* \* \* \* \*

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, and pursuant to Federal Rule of Civil Procedure 12(c) and 58, it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendant Main Event Entertainment consistent with the Court's Memorandum Opinion and Order entered this same date.

(2) Plaintiff Alex Sanders' complaint is **DISMISSED**.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

February 22, 2024

Rebecca Grady Jennings, District Judge
United States District Court

cc: counsel of record

    Plaintiff, pro se

1